IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM SOUTH, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.

PROGRESSIVE SELECT
INSURANCE COMPANY,

    Defendant(s).

CASE NO.: 8:18-cv-2567-T-35JSS

CLASS ACTION

## NOTICE OF FILING MOTION TO CONSOLIDATE IN RELATED CASE

COMES NOW Michael Paris, Personal Representative for the Estate of Harry Paris, Jr., and Christie Hegel, individually and on behalf of all those similarly situated, by and through the undersigned counsel, and, pursuant to L.R. 1.04(c), files and provides this Notice of Filing Plaintiffs' Motion to Consolidate related cases, and further state as follows:

1. Mr. Paris and Ms. Hegel are Plaintiffs in another action currently pending in this Court, *Paris, et. al. v. Progressive American, et. al.*, Case No. 8:18-cv-2735-MSS-AAS ("Paris Action").

2. As noted in Progressive Select Insurance Company's Notice of Related Cases filed in this action (Doc. 32), the Paris Action is a related case to the above-styled action.

3. Thus, and pursuant to L.R. 1.04(c) and Fed. R. Civ. P. 42, Mr. Paris and Ms. Hegel filed a Motion to Consolidate the Paris Action with the above-styled action.

4. As further set out therein, there are significant overlapping issues of fact and law, significant potential for duplicative litigation and for conflicting rulings such that consolidation is merited and necessary.

5. L.R. 1.04(c) requires that Notice of the Motion be filed in each of the related cases.

WHEREFORE, pursuant to L.R. 1.04(c), Michael Paris and Christie Hegel hereby file this Notice of Filing Motion to Consolidate Related Cases, which is affixed hereto as Exhibit A.

Dated: February 19, 2019

*Respectfully submitted,*

By: \_\_\_\_\_/s/ Jake Phillips_____
Jacob L. Phillips
FBN 0120130
Normand PLLC
3165 McCrory Place, Suite 175
Orlando, Florida  32803
Telephone    :(407) 603-6031
Jacob.phillips@normandpllc.com


By: \_\_\_/s/ Christopher J. Lynch\_\_\_
Christopher J. Lynch
FBN 331041
Christopher J. Lynch, P.A.
6915 Red Road, Suite 208
Coral Gables, Florida   33143
Telephone    :(305) 443-6200
Facsimile    :(305) 443-6204
clynch@hunterlynchlaw.com
lmartinez@hunterlynchlaw.com

By: \_\_\_\_\_/s/ Edmund A. Normand_____
Edmund A. Normand
FBN 865590
Normand PLLC
3165 McCrory Place, Suite 175
Orlando, Florida   32803
Telephone    :(407) 603-6031
service@ednormand.com
ed@normandpllc.com

By: _____/s/ Andrew J. Shamis_____
Andrew J. Shamis
FBN 101754
Shamis & Gentile, P.A.
14 N.E. 1st Avenue, Suite 1205
Miami, Florida   33132
Telephone      :(305) 479-2299
ashamis@shamisgentile.com
efilings@shamisgentile.com


By: _____/s/ Scott Edelsberg_____
Scott Edelsberg
FBN 100537
Edelsberg Law, P.A.
19495 Biscayne Boulevard, Suite 607
Aventura, Florida   33180
Telephone      :(305) 975-3320
scott@edelsberglaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system this 19th day of February, 2019, which will provide electronic service to all counsel of record.

___/s/ Jake Phillips___
Jacob Phillips