UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WILLIAM SOUTH, individually and on behalf of all those similarly situated,**

    Plaintiff,

v.                                                    Case No: 8:18-cv-2567-T-35JSS

**PROGRESSIVE SELECT INSURANCE COMPANY,**

    Defendant.

___

## ORDER

**THIS CAUSE** comes before the Court *sua sponte*. The Court issued an Order directing the Parties to advise why this case should not be transferred to the United States District Court for the Southern District of Florida under the first-to-file rule, as it appears to contain substantially similar issues of law and fact as the first-filed case, <u>Lopez v. Progressive Select Insurance Co.</u>, No. 18-cv-61844-WPD (S.D. Fla. removed Aug. 8, 2018). (Dkt. 38) Both Parties have responded to the Court's Order indicating that they do not oppose the transfer of this matter to the Southern District of Florida. (Dkt. 41("Plaintiff does not oppose this Court transferring this case to the United States District Court for the Southern District of Florida."); Dkt. 42 ("If, however, the Court determines that the first-to-file rule applies, Progressive Select does not oppose transfer to the Southern District of Florida."))

The Court finds that the instant case involves sufficiently overlapping issues and parties with the <u>Lopez</u> action to warrant transfer under the first-to-file rule. Accordingly, in the interest of judicial economy, it is hereby **ORDERED** that this case shall

be **TRANSFERRED** to the United States District Court for the Southern District of Florida for assignment to the Honorable William P. Dimitrouleas with his Honor's consent.

**DONE and ORDERED** in Tampa, Florida this 1st day of May, 2019.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party